# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| **ROBERT W. BAIRD & CO., INCORPORATED,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATHAN DREW RICHEY, JOSHUA J. MARSON, and ANDREW DOUGLAS BOYLES,**<br><br>**Defendants.** | Case No. 1:24-cv-00115-DJH |

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

The Motion having been made by Plaintiff, Robert W. Baird & Co., Incorporated ("Baird"), for Expedited Discovery pursuant to Federal Rule of Civil Procedure 26(d)(1) (the "Motion") against Defendants Nathan Drew Richey, Joshua J. Marson, and Andrew Douglas Boyles collectively "Defendants"), and the Court being otherwise duly and sufficiently advised:

**IT IS HEREBY ORDERED** that the Motion should be, and hereby is, **GRANTED** and that:

1. Baird is granted leave to serve requests for production of documents in the form attached to the Motion, and to conduct one deposition of each Defendant within a reasonable period not to exceed sixty (60) days of entry of this Order.

2. Defendants shall respond to Baird's First Requests for Production of Documents within fourteen (14) days of service.

_____
JUDGE, WESTERN DISTRICT OF KENTUCKY

TENDERED BY:

*/s/ Aaron W. Marcus*
Aaron W. Marcus (Bar No. 96178)
Colleen B. Parga
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY  40202
(502) 587-3543
aaron.marcus@dentons.com

and

Michael S. Taaffe, Esq. (Fla. Bar No. 490318) (*pro hac vice pending*)
Jarrod J. Malone, Esq. (Fla. Bar No. 10595) (*pro hac vice pending*)
Jeremy M. Halpern, Esq. (Fla. Bar No. 85942) (*pro hac vice pending*)
James E. Fanto, Esq. (Fla. Bar No. 1004144) (*pro hac vice pending*)
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue
Post Office Box 49948
Sarasota, Florida 34230-6948
(941) 366-6660
(941) 366-3999 (fax)

COUNSEL FOR PLAINTIFF,
ROBERT W. BAIRD & CO., INCORPORATED