UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| ROBERT W. BAIRD & CO., INCORPORATED, | : <br> : <br> : No. 1:24-cv-00115-DJH |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| NATHAN DREW RICHEY, JOSHUA J. MARSON, and ANDREW DOUGLAS BOYLES, | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## JOINT STIPULATED INJUNCTION

Plaintiff, Robert W. Baird & Co., Incorporated ("Baird") and Defendants Nathan D. Richey, Joshua Marson and Andrew Boyles ("Defendants"), hereby agree to the following representation and relief:

Whereas, Baird filed a Complaint on September 13, 2024 [DN 1] and a Motion For Preliminary Injunction September 27, 2024 [DN 12], which together seek, among other relief, a preliminary injunction lasting until such time as a duly appointed panel of arbitrators at FINRA renders an award in the underlying dispute;

Whereas, Baird initiated a FINRA arbitration matter related to this action on September 17, 2024;

Whereas, in the interests of economy and efficiency, the Parties negotiated and have agreed to stipulate to the terms of an injunction order as provided herein, and request entry of the same by the Court.

#4893-7782-4230

1. The Defendants are enjoined and restrained, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee, and/or representative of Stifel Nicolaus & Company, Incorporated ("Stifel"), from soliciting any client who was serviced under Baird production number C701 as of the date of the execution of the Defendants' Retirement Agreement (April 23, 2021). This restriction shall expire on July 31, 2025.

2. Notwithstanding the prohibition in para. 1 above, the Defendants are permitted to: 1) continue to announce their employment with Stifel and provide their new contact information using publicly available information; 2) continue to respond to client-initiated inquiries; and 3) continue to process any account transfer requests received from clients.

3. The Individual Defendants shall preserve all Protocol client lists and other client information, if any, pending discovery in the concurrent FINRA arbitration action.

4. The Defendants and Stifel remain free to communicate with and service any client who has transferred to Stifel and otherwise accept business from and do business with all clients.

5. Entry of this Stipulated Injunction is not an admission by any party of any wrongdoing. Any wrongdoing by Defendants is expressly denied.

6. This Stipulated Injunction does not constitute evidence and is not a determination of the merits of any of the parties' claims or defenses in this case.

7. Nothing in this Stipulated Injunction shall serve to waive or diminish any legal or factual claims or defenses asserted by any party.

8. The parties agree to treat this Stipulated Injunction as confidential and will not publicize it or comment on it in any type of media or publication.

9. Other than as provided on paragraph 1 above, this Stipulated Injunction shall remain in place until final determination by a FINRA panel.

10. Plaintiff will dismiss the Court Action upon issuance of this Order by the Court.

**IT IS SO ORDERED.**

David J. Hale, Judge
United States District Court

September 24, 2024

So Stipulated:                                    So Stipulated:

 /s/ Jarrod J. Malone (with permission)            /s/ David F. Broderick
Aaron W. Marcus                                   David F. Broderick
Colleen B. Parga                                  BRODERICK & DAVENPORT, PLLC
DENTONS BINGHAM GREENEBAUM LLP                    921 College Street
3500 PNC Tower                                    Phoenix Place
101 South Fifth Street                            P.O. Box 3100
Louisville, KY 40202                              Bowling Green, KY 42102-3100
Tel: (502) 589-4200                               Tel: (270) 782-6700
                                                  *Attorneys for Defendants
Jarrod J. Malone                                  Nathan Drew Richey, Joshua J. Marson, and*
SHUMAKER, LOOP & KENDRICK, LLP 240                *Andrew Douglas Boyles*
South Pineapple Avenue
Post Office Box 49948
Sarasota, Florida 34230-6948
Tel: (941) 366-6660

*Attorneys for Plaintiff, Robert W. Baird & Co. Incorporated*

3